UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

**Case No.   18-43414-cec**

Vanessa D. Calloway-Smith

**Chapter 13**

**JUDGE    CRAIG**

Debtor

-------------------------------------------------------------x

## <u>AMENDED LOSS-MITIGATION REQUEST – BY THE DEBTOR</u>

I am the Debtor in this case.  I am hereby request to enter into the Loss Mitigation Program
with respect to 216 Mothergaston Blvd Brooklyn, NY 1123 to BSI Financial Services as servicer for U.S.
Bank Trust National Association, as Trustee of Bungalow Series F Trust,  a secured creditor, loan
ending in 3568 for which we are requesting loss mitigation.  **I** understand that if the Court
orders loss mitigation in this case, we will be expected to comply with the Loss Mitigation
Procedures. I agree to comply with the Loss Mitigation Procedures, and we will participate in
the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all
parties, and that we are not required to enter into any agreement or settlement with any other
party as part of entry into the Loss Mitigation Program. I also understand that no other party is
required to enter into any agreement or settlement with me. I understand that I am **not required
to request dismissal of this case** as part of any resolution or settlement that is offered or agreed
to during the Loss Mitigation Period.


Sign:  S/Vanessa D. Calloway-Smith
                        Date:  July 26,  2018


Telephone Number:  (718)488-7500
e-mail david.doyaga.sr@gmail.com